# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**J.I.F.G.**                                                                      **PETITIONER**

**V.**                                                      **Cause No. 5:26-cv-00050-DCB-BWR**

**RAFAEL VERGARA,**                                                       **RESPONDENTS**
*Warden, Adams County Correctional*
*Center,* **et al**

## <u>ORDER</u>

This matter is before the Court on J.I.F.G.'s Motion to Proceed Under Pseudonym [2]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi. On February 5, 2026, the Court ordered Respondents to respond to Petitioner's Motion [2]. Order [3]. Respondents failed to respond. The Court again directs Respondents to file a response to Petitioner's Motion to Proceed Under Pseudonym [2] within twenty (20) days of the service of a copy of this Order.

**IT IS THEREFORE ORDERED** that Respondents shall respond to Petitioner's Motion to Proceed Under Pseudonym [2] within twenty (20) days of service of a copy of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Motion to Proceed Under Pseudonym [2] filed herein, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County

Correctional Center, P.O. Box 850, Washington, MS 39190.

**SO ORDERED**, this the 23rd day of March 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2